UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: ISAIAS L. TERRERO and ACELIA A. TERRERO, | : : : BK No. 1:07-bk-10230 |
| Debtors, | : : : Chapter 13 |

## ORDER

This matter came before the Honorable Judge Arthur N. Votolato on Movant Wells Fargo Bank, N.A., as Trustee for CBA Commercial Assets, Small Balance Commercial Mortgage Pass-Through Certificates, Series 2005-1's ("Wells Fargo") Motion for Relief From Stay, to which Debtors Isaias L. Terrero and Acelia A. Terrero (collectively "Terrero") objected, and after holding a hearing thereon on June 13, 2007, it is hereby:

## ORDERED, ADJUDGED AND DECREED

That the hearing on Wells Fargo's Motion for Relief From Stay is continued to July 18, 2007 at 10:00 a.m. In the interim, Chapter 13 Trustee John Boyajian shall employ Peter Scotti or other suitably qualified appraiser as a neutral appraiser of the realty located at 1137 Broad Street and 12 Corinth Street, Providence, Rhode Island, Plat 53, Lot 196 &197 (the "Property"). Wells Fargo and Terrero shall each bear fifty per cent (50%) of the cost of the neutral appraisal, and Wells Fargo shall not assess its share of the cost of the appraisal to Terrero or to the Wells Fargo mortgage that encumbers the Property.

Dated at Providence this 3rd day of July, 2007.

_____
Arthur N. Votolato
United States Bankruptcy Judge

Entered on docket:
7/3/07

- 2 -

Presented by:

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee for CBA Commercial Assets, Small Balance Commercial Mortgage Pass-Through Certificates, Series 2005-1 | ISAIAS L. TERRERO and ACELIA A. TERRERO |
| By its Attorneys, | By their Attorneys, |
| /s/ Armando E. Batastini<br>Armando E. Batastini (#6016)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>2800 Financial Plaza<br>Providence, RI 02903<br>(401) 274-9200<br>(401) 276-6611 (fax)<br>abatastini@eapdlaw.com | /s/ James E. Kelleher<br>James E. Kelleher (#4054)<br>REVENS, REVENS & ST. PIERRE<br>946 Centerville Road<br>Warwick, RI 02886<br>(401) 822-2900<br>(401) 826-3245 (fax)<br>jamesk@rrsplaw.com |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 21st day of June, 2007, and is available for viewing and downloading to the ECF registered counsel of record:

James E. Kelleher, Esq.
Revens, Revens & St. Pierre
946 Centerville Road
Warwick, RI 02886
jamesk@rrsplaw.com;
susand@rrsplaw.com

John Boyajian, Esq.
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI 02906
john@bhrlaw.com;
martha@bhrlaw.com

Leonard J. DePasquale, Esq.
Assistant U.S. Trustee
U.S. Trustee's Office
10 Dorrance Street, Room 910
Providence, RI 02903
ustpregion01.pr.ecf@usdoj.gov

America's Servicing Company
c/o Matthew Dyer, Esq.
McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076
bkmail@mrdefault.com

Providence Economic Development Partnership, Inc.
c/o Stacy B. Ferrara, Esq.
Sullivan & Sullivan
505 Tiogue Avenue, Suite B
Coventry, RI 02816
stacyferrara@earthlink.net;
sferraralaw@hotmail.com

/s/ Armando E. Batastini