# EXHIBIT 1

Print Date:   11/21/2007                                                                           Tax Year: 2007

# City of Providence
# Duplicate Bill

Isaias L Terrero
1137 Broad St
Providence, RI 02905

|  | |
|---|---|
| 2007 TAX DUE: | $19,737.80 |
| 2007 INTEREST DUE: | $986.89 |
| PRIOR YEARS TAXES DUE: | |
| PRIOR YEARS INTEREST DUE: | $0.00 |
| **TOTAL AMOUNT DUE:** | **$20,724.69** |

ACCOUNT NO: 9205046001
LENDER

## DESCRIPTION

### REAL ESTATE

| YR | PLAT/LOT | PROPERTY LOC. | TOTAL A. | ORIG. DUE | ADJ/AB. | CHARGES. | INT. | REVERS. | REFUND | PAYMENTS | TOT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 053-0196-0000 | 1137 Broad St | $731,300.00 | $19,737.80 | | $0.00 | $0.00 | | | | $19,737.80 |
| | | | | | | | | | | Interest as of date: | $986.89 |
| | | REAL ESTATE TOTAL: | $19,737.80 | | | $0.00 | $0.00 | | | | $20,724.69 |

| | PRIOR YEARS | CURRENT YEAR | QTR1 | QTR2 | QTR3 | QTR4 |
|---|---|---|---|---|---|---|
| REAL ESTATE TAX: | | $19,737.80 | $4,934.45 | $4,934.45 | $4,934.45 | $4,934.45 |
| TANGIBLE TAX: | | | | | | |
| EXCISE TAX: | | | | | | |
| INTEREST: | 1,388.58 | 986.89 | 986.89 | 0.00 | 0.00 | 0.00 |
| PENALTY/CHARGES: | $300.00 | | | | | |
| SUB TOTAL: | $1,688.58 | $986.89 | $986.89 | | | |
| TOTAL CREDITS: | ($15,860.15) | | | | | |
| TOTAL PAYMENTS: | $118,658.99 | | | | | |
| **TOTAL AMOUNT DUE :** | | **$20,724.69** | **$5,921.34** | **$4,934.45** | **$4,934.45** | **$4,934.45** |

COLLECTORS STAMP

7.1(sp3).005                                                                                       \\Webserver\Govern\Reports\pro_billre.rpt

Print Date: 11/21/2007

Tax Year: 2007

# City of Providence
## Duplicate Bill

Isaias L Terrero
1137 Broad St
Providence, RI 02905

ACCOUNT NO: 9205046001
LENDER

| | |
|---|---:|
| 2007 TAX DUE: | $2,137.64 |
| 2007 INTEREST DUE: | $106.88 |
| PRIOR YEARS TAXES DUE: | |
| PRIOR YEARS INTEREST DUE: | $0.00 |
| **TOTAL AMOUNT DUE:** | **$2,244.52** |

### DESCRIPTION

#### REAL ESTATE

| YR | PLAT/LOT | PROPERTY LOC. | TOTAL A. | ORIG. DUE | ADJ/AB. | CHARGES | INT. | REVERS. | REFUND | PAYMENTS | TOT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 053-0197-0000 | 12 Corinth St | $79,200.00 | $2,137.64 | | $0.00 | $0.00 | | | | $2,137.64 |
| | | | | | | | | | | Interest as of date: | $106.88 |
| | | REAL ESTATE TOTAL: | $2,137.64 | | | $0.00 | $0.00 | | | | $2,244.52 |

| | PRIOR YEARS | CURRENT YEAR | QTR1 | QTR2 | QTR3 | QTR4 |
|---|---|---|---|---|---|---|
| REAL ESTATE TAX: | | $2,137.64 | $534.41 | $534.41 | $534.41 | $534.41 |
| TANGIBLE TAX: | | | | | | |
| EXCISE TAX: | | | | | | |
| INTEREST: | 230.53 | 106.88 | 106.88 | 0.00 | 0.00 | 0.00 |
| PENALTY/CHARGES: | | | | | | |
| SUB TOTAL: | $230.53 | $106.88 | $106.88 | | | |
| TOTAL CREDITS: | ($1,695.42) | | | | | |
| TOTAL PAYMENTS: | $10,560.05 | | | | | |
| **TOTAL AMOUNT DUE:** | | $2,244.52 | $641.29 | $534.41 | $534.41 | $534.41 |

COLLECTORS STAMP

7.1(sp3).005

\\Webserver\Govern\Reports\pro_billre.rpt