**R.I. Bankr. Form W.2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: Isaias L. and Acelia A. Terrero    CHAPTER 13
                                          CASE NO. 07-10230

            Debtor(s)

**2nd**    *[indicate 1st, 2nd, 3rd, etc.]*
**AMENDED CHAPTER 13 PLAN AND APPLICABLE MOTIONS DESIGNATED BELOW:**

This amended plan: [X] **Does adversely affect creditors or is filed after the 341 meeting.**
                   [ ] **Does *not* adversely affect creditors and is filed prior to the 341 meeting.**

Check for motions applicable to this plan amendment:

**(  ) Motion to Avoid Lien(s)**
**(  ) Motion to Modify Secured Claim(s)**
**(  ) Motion to Assume/Reject Lease(s)**
**(X) No motions applicable to this plan amendment**

   On     9/19/07    , Debtor's original Chapter 13 plan was confirmed. If applicable,
         [date confirmed]
further amendments were made on  n/a              [dates of later amendments].

   This Amended Chapter 13 Plan, including certain motions and other provisions, is hereby **amended**

as follows: Debtors' monthly payment will be reduced from $4,000.00 per month to $500.00 per month

for the remainder of the plan.

TAKE NOTICE:  Your rights may be affected. You should read this amendment to the Chapter 13 Plan
carefully, including any motions contained therein, and discuss them with your attorney, if you have one,
in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

   If you object to the confirmation of the proposed plan of the debtor(s) as amended, including any of
the motions included therein, then you or your attorney must file with the Court a written objection to
confirmation and/or to the motions contained therein at the following address:

Clerk, U.S. Bankruptcy Court, 380 Westminster St., Providence, R.I., 02903

**OBJECTIONS:** Your objection to confirmation and/or to the motions contained in the plan must include the specific reasons for your objection, **and must be filed with the Court no later than seven (7) days before the confirmation hearing, or within twenty (20) days of service of the amendment, whichever is greater**, and applicable.

If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadlines stated above.  You must also serve a copy of your objection to confirmation, and any applicable motions contained therein, on the debtor(s), the attorney for the debtor(s), and the Chapter 13 trustee at their addresses as they are listed in the notice of the meeting of creditors.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the proposed plan of the debtor(s) as amended, including any motions contained therein, and may enter an order confirming the amended plan and granting the motions.  **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. Section 1325(a)(5)(A).**

**PLAN SERVICE AND SIGNATURES:**

Pursuant to the R.I. LBR 3015-1(b), the Debtor or his/her counsel is required to serve a copy of the Chapter 13 Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a certificate of service accordingly. In addition, if the Debtor has included a Motion to Modify Secured Claim and/or a Motion to Avoid Lien in this plan, the Debtor must also comply with the service requirements contained in R.I. LBR's 3015-1(c)(1) and 4003-2.

I/We declare under penalty of perjury that the information provided in the Amended Chapter 13 Plan, including any applicable Motion(s) to Modify Secured Claim(s); Motion(s) to Avoid Certain Lien(s); and Motion(s) for Assumption and Rejection of Executory Contracts and Unexpired Lease(s), as to all matters set forth herein, are true and correct to the best of our knowledge and belief:


Dated___10/14/10_____          /s/ Isaias L. Terrero
                                                Debtor's Signature

Dated___10/14/10_____          /s/ Acelia A. Terrero
                                                Debtor's Signature


I hereby certify that I have reviewed this document with the debtor(s) and that the debtor(s) have received a copy of this document.

Dated____10/14/10_____         /s/ James E. Kelleher
                                                Attorney for the Debtor