```
                  UNITED STATES BANKRUPTCY COURT
                     DISTRICT OF RHODE ISLAND
```

In re:

```
    ISAIAS TERRERO                         BK-07-10230
    ACELIA TERRERO                         CHAPTER 13
                  Debtor(s)
```

## AMENDMENT TO ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor(s) filed a Chapter 13 Plan (The "Plan") on August 8, 2007, and that Plan was confirmed by Order of this Court dated September 19, 2007. The debtors filed a Motion to Modify Plan on October 14, 2010. The Motion to Modify was granted by this Court on December 2, 2010. The Confirmation Order entered September 19, 2007 is amended as follows:

1. The Debtors shall forward to the Office of the Standing Chapter 13 Trustee, P.O. Box 2561, Providence, RI 02906, the sum of $500.00 per month for the remaining 21 months of the Plan.

2. All unsecured creditors shall receive not less than 47% of the amount of their claims duly proved and allowed by the Court.

In re:   Isaias & Acelia Terrero                BK-07-10230
Amendment to Order Confirming
Chapter 13 Plan


3. All other terms of the Order Confirming Plan entered on September 19, 2007 will remain in effect.


Order:                                          Enter:

_____                     _____
Deputy Clerk                                    Arthur N. Votolato
                                                Bankruptcy Judge


### CERTIFICATION

I hereby certify that a copy of the within Amendment to Order Confirming Chapter 13 Plan was mailed, postage prepaid, to Mr. & Mrs. Isaias Terrero, PO Box 25127, Providence, RI 02905 and electronically mailed to James Kelleher, Esq. at jamesk@rrsplaw.com on December 3, 2010.

/s/  Dana A. Westerkamp